**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jose Alejandro Gomez, | Case No.: 2:19-cv-0108-JAD-NJK |
| Plaintiff | |
| v. | **Order Adopting**<br>**Report & Recommendation and**<br>**Dismissing Case** |
| Metro Police, et al., | |
| Defendants | [ECF Nos. 1, 3] |

In a single-paragraph complaint, Jose Alejandro Gomez sues a handful of corporations and agencies, alleging that they are "working together to delete [his] self" and "have been hacking" his telephone, health, marriage, and family.[1] Magistrate Judge Koppe recommends that I dismiss this action as frivolous because it is premised on a delusional factual scenario.[2] She further recommends that I do so without leave to amend because it is clear from the face of the complaint that its deficiencies cannot be cured by amendment.[3] The deadline to object to this report and recommendation has passed without objection, and "no review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly,

IT IS HEREBY ORDERED THAT the Report and Recommendation **[ECF No. 3] is ADOPTED** in full; this case is DISMISSED with prejudice as frivolous and delusional; the

---

[1] ECF No. 1-1.

[2] ECF No. 3.

[3] *Id*. at 1.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

application to proceed in forma pauperis **[ECF No. 1] is DENIED** as moot; and the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: February 8, 2019

_____
U.S. District Judge Jennifer A. Dorsey